# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1027**
**CAF 14-00691**
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ERIE COUNTY DEPARTMENT OF
SOCIAL SERVICES, ON BEHALF OF ARQUETTE FINLEY,
PETITIONER-RESPONDENT,

V                                              MEMORANDUM AND ORDER

VERNON MORRIS, JR., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

LOVALLO & WILLIAMS, BUFFALO (TIMOTHY R. LOVALLO OF COUNSEL), FOR
RESPONDENT-APPELLANT.

CHARLES J. GALLAGHER, JR., BUFFALO, FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered March 7, 2014 in a proceeding pursuant to Family Court Act article 4. The order found that respondent had willfully failed to obey an order of the court and sentenced respondent to six months of incarceration.

It is hereby ORDERED that said appeal from the order insofar as it found that respondent willfully disobeyed a support order is unanimously dismissed and the order is affirmed without costs.

Same memorandum as in *Matter of Erie County Dept. of Social Servs. v Morris* ([appeal No. 1] ___ AD3d ___ [Oct. 2, 2015]).

Entered: October 2, 2015                    Frances E. Cafarell
                                            Clerk of the Court